No. 88–1872. RUTAN ET AL. v. REPUBLICAN PARTY OF ILLINOIS ET AL.; and

No. 88–2074. FRECH ET AL. v. RUTAN ET AL. C. A. 7th Cir. [Certiorari granted, ante, p. 807.] Motion of North Carolina Professional Fire Fighters Association for leave to file a brief as amicus curiae granted.

No. 88–1891. M & M CONSTRUCTION CO., INC. v. GREAT AMERICAN INSURANCE CO., ante, p. 801. Motion of appellee for damages denied.

No. 88–1916. MINNESOTA v. OLSON. Sup. Ct. Minn. [Certiorari granted, ante, p. 806.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Motion of Connecticut et al. for leave to participate in oral argument as amici curiae, for divided argument, and for additional time for oral argument denied.

No. 88–1951. UNITED STATES v. DALM. C. A. 6th Cir. [Certiorari granted, ante, p. 807.] Motion of the Solicitor General to permit Christine Desan Husson, Esq., to present oral argument pro hac vice granted.

No. 88–1972. ILLINOIS v. PERKINS. App. Ct. Ill., 5th Dist. [Certiorari granted, ante, p. 808.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 88–7146. WHITMORE, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS v. ARKANSAS ET AL. Sup. Ct. Ark. [Certiorari granted, 492 U. S. 917.]· Motion of respondent Arkansas' counsel to be designated to present oral argument on behalf of both respondents granted. Request for divided argument denied.